UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IAN HURT, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) Case No.: 2:24-cv-02556-MHW-KAJ |
| v. | ) ) JUDGE MICHAEL H. WATSON |
| TRIHEX ATHLETIC APPAREL, LLC, | ) ) ) |
| Defendant. | ) ) ) |

## JOINT STATUS REPORT

Plaintiff Ian Hurt and Defendant Trihex Athletic Apparel, LLC, by and through the undersigned counsel, jointly notify the Court that the above-captioned case has settled. The Parties will submit a stipulated dismissal notice within thirty (30) days.

Respectfully submitted,

s/ *Michael L. Fradin (per email consent)*
Michael L. Fradin, Esq. (OH#0091739)
8401 Crawford Ave. Ste. 104
Skokie, IL 60076
Telephone: 847-986-5889
Facsimile: 847-673-1228
Email: mike@fradinlaw.com

James L. Simon (OH#0089483)
**SIMON LAW CO.**
11 ½ N. Franklin Street
Chagrin Falls, Ohio 44022
Telephone: (216) 816-8696
Email: james@simonsayspay.com

*Attorneys for Plaintiff Ian Hurt*

s/ *Richard E. Hepp*
Richard E. Hepp (0090448)
Trial Attorney
Lyndsay Flagg (0099248)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: 216.363.4500
Facsimile: 216.363.4588
Email: rhepp@beneschlaw.com
        lflagg@beneschlaw.com

*Attorneys for Defendant Trihex Athletic Apparel, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed on November 15, 2024, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

<u>s/ Richard E. Hepp</u><br>
Richard E. Hepp (0090448)<br>
Trial Attorney

*One of the Attorneys for Defendant*